**Eric BATUNGWANAYO, Petitioner,**

v.

**Alberto R. GONZALES, U.S. Attorney General, Respondent.**

No. 06–60334
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Jan. 15, 2007.

Harvey A. Schein, Dallas, TX, for Petitioner.

Thomas Ward Hussey, Director, U.S. Department of Justice Office of Immigration Litigation, Washington, DC, Anne M. Estrada, U.S. Immigration & Naturalization Service, Dallas, TX, Caryl G. Thompson, U.S. Immigration & Naturalization Service District Directors Office, New Orleans, LA, for Respondent.

Alberto R. Gonzales, U.S. Department of Justice, Washington, DC, pro se.

Before DeMOSS, STEWART, and PRADO, Circuit Judges.

PER CURIAM: *

Eric Batungwanayo has petitioned for review of the decision of the Board of Immigration Appeals (BIA) dismissing as untimely his appeal from the immigration judge's decision denying his motion to reopen his deportation proceedings. Batungwanayo has not shown that the BIA abused its discretion in determining he had failed to support his motion to reopen with previously unavailable material evidence showing that he had a well-founded fear of persecution related to his political beliefs or ethnicity based on changed conditions in Burundi. *See Singh v. Gonzales,* 436 F.3d 484, 487 (5th Cir.2006); 8 U.S.C. § 1229a(c)(7). The petition for review is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.